UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Fox Rx, Inc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OMNICARE, INC., et al.,<br><br>Defendants. | Docket No. 14-3501<br><br>SDNY Civil Action No. 1:12-CIV-00275-DLC<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.A.P. 42(b) |

## STIPULATION OF VOLUNTARY DISMISSAL

The undersigned counsel for the Plaintiff-Appellant Fox Rx, Inc. and Defendant-Appellees Omnicare, Inc., Neighborcare, Inc., and PharMerica Corporation stipulate that pursuant to FRAP 42(b) the above-captioned appeal is hereby withdrawn with respect to Defendant-Appellees Omnicare, Inc., Neighborcare, Inc., and PharMerica Corporation with prejudice, without costs and without attorneys' fees.

Dated: New York, New York
       September 24, 2014

LEONARD LAW OFFICES

By: _____
    Michael I. Leonard
203 N. LaSalle St., Ste. 1620
Chicago, IL 60601
(312) 380-6559
(312) 264-0671 (facsimile)

*Attorneys for Plaintiff-Appellant Fox Rx, Inc.*

KING & SPALDING LLP

By: _____
    Phyllis B. Sumner
1180 Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 572-4600; Fax: (404) 572-5100
psumner@kslaw.com

Dated: September 24, 2014

*Attorneys for Defendants-Appellees Omnicare, Inc. and Neighborcare, Inc.*

HOLLAND & KNIGHT LLP

By: _____
    Sean C. Sheely
31 West 52nd Street
New York, New York 10019
Tel: (212) 513-3538; Fax: (212) 385-9100
sean.sheely@hklaw.com

Dated: September 24, 2014

*Attorneys for Defendant-Appellee PharMerica Corporation*